No. 82–5099. ECCLESTON v. HENDERSON, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–5101. BARBOUR v. STEPHENSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5103. WHITED v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 82–5106. PIROLLI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5107. SANDERS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–5110. GLENN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–5111. BRAYTON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 82–5113. GLENN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 82–5114. ALVAREZ-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5117. BANKS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–5118. BRINGLOE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–5120. KING v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.